FRIEDMAN DUMAS & SPRINGWATER LLP
ELLEN A. FRIEDMAN (S.B. NO. 127684)
M. ELAINE HAMMOND (S.B. NO. 197444)
HILL BLACKETT, III (S.B. NO. 086882)
150 Spear Street, Suite 1600
San Francisco, CA 94105
Telephone Number: (415) 834-3800
Facsimile Number: (415) 834-1044

Proposed Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>Hermann Street DE, LLC,<br><br>Debtor.<br><br>Tax ID: 20-2437706 | Case No.<br><br>Chapter 11<br><br>**LIST OF CREDITORS HOLDING TWENTY LARGEST UNSECURED CLAIMS** |

      Hermann Street DE, LLC, a Delaware limited liability corporation, submits its list of creditors holding the twenty largest unsecured claims in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure. The list attached hereto as Exhibit A excludes those persons who come within the definition of insider (as set forth in Section 101(31) of the Bankruptcy Code) and secured creditors (unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the twenty largest unsecured claims).

Dated: February 8, 2010                  FRIEDMAN DUMAS & SPRINGWATER LLP

                                                 By: */s/ M. Elaine Hammond*
                                                              M. Elaine Hammond
                                                              Attorneys for Debtor

# EXHIBIT A

## Hermann Street DE, LLC

## 20 Largest Unsecured Creditors

| Creditor Name and Address | Creditor Contact Information | Nature of Claim | Setoff | Contingent | Unliquidated | Disputed | Total amount of claim |
|---|---|---|---|---|---|---|---|
| AICCO<br>45 East River Park Place West Ste#308<br>Fresno, CA 93720 | Contact: Accounts Receivable<br>Phone: 877-615-4242 | Insurance | | | | | $6,631.36 |
| Bleyle Elevator<br>PO Box968<br>Pacifica, CA 94044 | Contact: Accounts Receivable<br>Phone: 650-359-7580 | Trade | | | | | $4,520.00 |
| PG&E<br>PO Box 997300<br>Sacramento, CA 95899 | Contact: Accounts Receivable<br>Phone: 800-743-5000 | Utilities | | | | | $3,588.33 |
| Sunset Scavenger<br>PO Box 7360<br>San Francisco, CA 94120 | Contact: Accounts Receivable<br>Phone: 415-330-1300 | Utilities | | | | | $3,041.23 |
| S.F. Water Department<br>PO Box 3211<br>San Rafael, CA 94912 | Contact: Accounts Receivable<br>Phone: 415-978-9600 | Utilities | | | | | $1,501.12 |
| Superior Plumbing<br>22 Guerrero St.<br>San Francisco, CA 94115 | Contact: Accounts Receivable<br>Phone: 415-503-0064 | Trade | | | | | $1,495.22 |
| Gabriel Gucho Plumbing<br>22 Guerrero St.<br>San Francisco, CA 94115 | Contact: Accounts Receivable<br>Phone: 415-503-0064 | Trade | | | | | $1,360.00 |
| C.R. Reichel Engineering<br>718 Natoma St<br>San Francisco, CA 94103 | Contact: Accounts Receivable<br>Phone: 415-431-7100 | Trade | | | | | $891.00 |
| Rancho Grande Appliance<br>2890 Bryant St.<br>San Francisco, CA 94110 | Contact: Accounts Receivable<br>Phone: 415-641-5139 | Trade | | | | | $601.16 |
| RL&F Service<br>PO Box 551<br>Wilmington, DE 19899 | Contact: Accounts Receivable<br>Phone: 303-651-7642 | Trade | | | | | $420.00 |
| Dewey Pest Control<br>6300 3rd St.<br>San Francisco, CA 94124 | Contact: Accounts Receivable<br>Phone: 415-468-6660 | Trade | | | | | $400.00 |

| Creditor Name and Address | Creditor Contact Information | Nature of Claim | Setoff | Contingent | Unliquidated | Disputed | Total amount of claim |
|---|---|---|---|---|---|---|---|
| One Source Plumbing<br>PO Box 3211<br>San Rafael, CA 94912 | Contact: Accounts Receivable<br>Phone: 415-322-3222 | Trade | | | | | $228.67 |
| Econoquality Janitorial Service Maintenance<br>300 Buchanan Street #609<br>San Francisco, CA 94102 | Contact: Accounts Receivable<br>Phone: 415-760-1456 | Trade | | | | | $126.00 |
| Discount Builders Supply<br>1695 Mission Street<br>San Francisco, CA 94103 | Contact: Accounts Receivable<br>Phone: 415-621-8511 | Trade | | | | | $104.00 |
| Martin Zaragoza<br>950 Franklin St.<br>San Francisco, CA 94109 | Contact: Accounts Receivable<br>Phone: 415-816-8033 | Trade | | | | | $80.00 |
| BullsEye Telecom<br>PO Box 33025<br>Detroit, MI 48232-5025 | Contact: Accounts Receivable<br>Phone: 877-638-2855 | Trade | | | | | $35.94 |
| AT&T<br>Payment Center<br>Sacramento CA 95887-0001 | Contact: Accounts Receivable<br>Phone: 800-681-1800 | Trade | | | | | $35.61 |
| Cosco Fire Protection Inc.<br>240 S. Vasco Road<br>Livermore, CA 94551 | Contact: Accounts Receivable<br>Phone: 800-794-7984 | Trade | | | | | 33.00 |
| Special Delivery<br>PO Box 422127<br>San Francisco, CA 94142 | Contact: Accounts Receivable<br>Phone: 415-357-9000 | Trade | | | | | $29.64 |
| Factual Data<br>PO Box 1153<br>Loveland CA 90539 | Contact: Accounts Receivable<br>Phone: 800-929-3400 x7306 | Trade | | | | | $20.88 |
| | | | | | | | $25,143.16 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION

      I, the Assistant Vice-President of the limited liability corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list of 20 largest unsecured creditors and that it is true and correct to the best of my information and belief.

Date: February 8, 2010          /s/ Edward Singer
                                                       Edward Singer
                                                       Assistant Vice-President