1  FRIEDMAN DUMAS & SPRINGWATER LLP
   ELLEN A. FRIEDMAN (S.B. NO. 127684)
2  M. ELAINE HAMMOND (S.B. NO. 197444)
   HILL BLACKETT, III (S.B. NO. 086882)
3  150 Spear Street, Suite 1600
   San Francisco, CA 94105
4  Telephone Number:  (415) 834-3800
   Facsimile Number:  (415) 834-1044
5
   Proposed Counsel for Debtor
6

7

8                UNITED STATES BANKRUPTCY COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12  In re                                Case No. 10-30413 TEC

13  Hermann Street DE, LLC,              Chapter 11

14            Debtor.                    **DECLARATION OF EDWARD SINGER
                                         IN SUPPORT OF MOTION FOR AN
15  Tax ID: 20-2437706                   ORDER TRANSFERRING RELATED
                                         CASES AND AUTHORIZING JOINT
16                                       ADMINISTRATION**

17                                       [NO HEARING REQUIRED]

18

19            I, Edward Singer, hereby declare:

20            1.      I make this declaration in support of the motion of Hermann Street DE,

21  LLC ("Debtor" or "Hermann"), Debtor and Debtor in possession, for an order transferring

22  related cases and authorizing the joint administration of Hermann's Chapter 11 case with the

23  contemporaneously filed chapter 11 cases of *In re LRL Citi Properties I DE, LLC*, Case No.

24  10-30414 ("LRL Citi"), *In re Trophy Properties I DE, LLC*, Case No. 10-30415 ("Trophy"),

25  and *In re Sutter Associates DE, LLC*, Case no. 10-10-30416 ("Sutter") (collectively, the

26  "Related Cases").  Hermann, LRL Citi, Trophy, and Sutter are referred to collectively as the

27  "Debtors."

28

2. The facts set forth herein are true and are based on my personal knowledge as the general counsel and assistant vice-president of the Debtors.

**The Chapter 11 Filings**

3. On February 8, 2010 (the "Petition Date"), the Debtors filed with this Court their voluntary petitions for reorganization under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code").

4. No creditors' committee has yet been appointed in these cases by the United States Trustee. Each of the debtors continues to operate its business and manage its property as debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**Events Leading to Chapter 11**

5. Collectively, the Debtors own sixteen residential real property buildings located in San Francisco, California (the "Properties").

6. On June 5, 2007, the Debtors entered into a secured financing agreement with Nomura Credit and Capital ("Nomura") in the original principal amount of $132,430,000, whereby the Properties owned by the Debtors were granted as collateral to Nomura. On the same date, the Debtors and Nomura entered into a loan modification agreement whereby the original note was divided into two notes: "A Note", in the principal amount of $90,000, "B Note", in the principal amount of $25,000,000, and "Mezzanine Note", in the principal amount of $17,430,000. A Note was subsequently transferred to LaSalle Bank, N.A. as Trustee for the Registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Trust 2007 LDP11, Commercial Pass-Through Certificates, Series 2007-LDP11 ("LaSalle Bank"). Bank of America, N.A. is the successor by merger of LaSalle Bank. CWCapital Asset Management LLC ("CW Capital") is its special servicer for this financing.

7. The B Note is secured by the Properties and held by Nomura. The Mezzanine Note is also held by Nomura but is not secured by the Debtors' assets.

Case: 10-30413    Doc# 3-1    Filed: 02/09/10    Entered: 02/09/10 16:32:56    Page 2 of 3

8.     As a result of the national financial crisis in 2009, and its impact on tenancy, recovery of rent, and market valuation of properties, the Debtors failed to provide monthly interest payments to CW Capital on A Note beginning in March 2009.

9.     On August 4, 2009, CW Capital filed an action against the Debtors seeking appointment of a receiver and injunctive relief against the Debtors. On September 3, 2009, a receiver, Uecker & Associates ("Receiver"), was appointed for the collection of rents, profits and other income, and operation of the Properties. The Receiver continues in these capacities, and at this time, the Debtors are not seeking removal of the Receiver.

10.     On January 10, 2010, a Notice of Trustee's Sale (the "Sale") was issued for the Properties. The Sale is scheduled for February 8, 2010 at 2:00 p.m. at 400 Van Ness Avenue, San Francisco, California.

11.     The Debtors are in discussions with a third-party regarding purchase of the A Note from CW Capital. The Debtors requested that the Sale be continued for a short period in order to complete these discussions. However, CW Capital was unwilling to agree to an extension on terms that were acceptable to the Debtors. These cases were filed in order to allow the Debtors additional time to obtain financing and to prohibit the unnecessary erosion of the secured position of Nomura.

12.     The Debtors have similar creditor matrices and the Debtors anticipate that numerous notices, applications, motions, other pleadings, hearing and orders in these Chapter 11 cases will affect all of the Debtors. The greatest debt of each of the Debtors is their shared, secured obligation to CW Capital.

I declare under penalty of perjury under the laws of the United States of America and the State of California that this declaration is true and correct to the best of my knowledge and belief. This declaration was executed on February 9, 2010 at San Francisco, California.

*/s/ Edward C. Singer*
Edward Singer

Case: 10-30413     Doc# 3-1     Filed: 02/09/10     Entered: 02/09/10 16:32:56     Page 3 of 3