1  LOUIS J. CISZ, III (State Bar No. 142060)
   lcisz@nixonpeabody.com
2  TODD C. TORAL (State Bar No. 197706)
   ttoral@nixonpeabody.com
3  KATHLEEN S. KIZER (State Bar No. 246035)
   kkizer@nixonpeabody.com
4  NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
5  San Francisco, CA 94111-3996
   Telephone: (415) 984-8200
6  Facsimile: (415) 984-8300

7  Attorneys for BANK OF AMERICA, N.A., as successor
   by merger to LaSalle Bank, N.A., as Trustee for the Registered
8  Holders of J.P. Morgan Chase Commercial Mortgage
   Securities Trust 2007-LDP11, Commercial Pass-Through
9  Certificates, Series 2007-LDP11, acting by and through
   CWCAPITAL ASSET MANAGEMENT LLC, as Special
10 Servicer

11                 UNITED STATES BANKRUPTCY COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                      SAN FRANCISCO DIVISION

14

15
                                          | Case No. 10-30413 TEC,
16 In Re:                                 |
                                          | Request made to be jointly administered with:
17      Hermann Street DE, LLC et al.,    | Case No. 10-30414,
                                          | Case No. 10-30415, and
18                         Debtors.       | Case No. 10-30416
                                          | Chapter 11
19                                        |
20                                        | **REQUEST FOR SPECIAL NOTICE AND
                                          | INCLUSION ON MASTER MAILING LIST
21                                        | AND NOTICE OF APPEARANCE**

22

23

24

25

26

27

28

PLEASE TAKE NOTICE that the undersigned hereby enters its appearance on behalf of BANK OF AMERICA, N.A., as successor by merger to LaSalle Bank, N.A., as Trustee for the Registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Trust 2007-LDP11, Commercial Pass-Through Certificates, Series 2007-LDP11, acting by and through CWCAPITAL ASSET MANAGEMENT LLC, as Special Servicer ("Secured Creditor"), a senior secured creditor of Hermann Street DE, LLC, Sutter Associates DE, LLC, Trophy Properties I DE, LLC, and LRL Citi Properties I DE, LLC (collectively, the "Debtor") and a party-in-interest in the above-captioned jointly administered cases.

Secured Creditor hereby requests that, pursuant to Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), all notices given or required to be given to creditors, any creditors' committee or other committee, or any other parties in interest, including, without limitation, notices given pursuant to Bankruptcy Rules 2002(a), (b), (c), and (f), whether sent by the Court, the Debtor, any trustee, or any other party in this case, and all papers served or required to be served in connection with any such matter, be served at the following address and that, pursuant to Bankruptcy Rule 2002(g), the following address be added to the Court's master mailing list:

> Louis J. Cisz, III
> Toral C. Toral
> Kathleen S. Kizer
> NIXON PEABODY LLP
> One Embarcadero Center, 18th Floor
> San Francisco, California  94111-3600

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. section 1109(b), the foregoing request includes not only notices and papers referred to the in the Bankruptcy Rules but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, disclosure document of any kind, conference, hearing or demand, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, messenger or courier service, telephone, facsimile, or otherwise, filed or made with regard to the above-captioned case and the proceedings.

///

///

-2-

1    Respectfully submitted,

2    DATED: February 18, 2010                          NIXON PEABODY LLP

3

4                                                       By:    /s/ Louis J. Cisz, III
                                                               Louis J. Cisz, III
5                                                              Todd C. Toral
                                                               Kathleen S. Kizer
6
                                                       Attorneys for BANK OF AMERICA, N.A., as
7                                                      successor by merger to LaSalle Bank, N.A., as
                                                       Trustee for the Registered Holders of J.P.
8                                                      Morgan Chase Commercial Mortgage Securities
                                                       Trust 2007-LDP11, Commercial Pass-Through
9                                                      Certificates, Series 2007-LDP11, acting by and
                                                       through CWCAPITAL ASSET
10                                                     MANAGEMENT LLC, as Special Servicer

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

**CASE NAME:** **In re Hermann Street DE, LLC et al..**
**COURT:**       **United States Bankruptcy Court, Central District of California**
**CASE NO.:**    **10-30413**
**NP FILE:**      **705001/001025**

I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is One Embarcadero Center, 18th Floor, San Francisco, California 94111-3600. On February 19, 2010, I served the following document(s):

**REQUEST FOR SPECIAL NOTICE AND INCLUSION ON MASTER MAILING LIST AND NOTICE OF APPEARANCE**

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

  _X_ : **By First-Class Mail** — I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the United States Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in San Francisco, California, for mailing to the office of the addressee following ordinary business practices.

____: **By Personal Service** — I caused each such envelope to be given to a courier messenger to personally deliver to the office of the addressee.

____: **By Overnight Courier** — I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

____: **By Facsimile** — From facsimile number at approximately 2:00 P.M., I caused each such document to be transmitted by facsimile machine, to the parties and numbers listed below, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration.

**Addressee(s)**

**(SEE ATTACHED SERVICE LIST)**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: February 19, 2010                                _/S/ Martha C. Rendon_____

-4-

CASE NAME: **In re Hermann Street DE, LLC et al..**
COURT: **United States Bankruptcy Court, Central District of California**
CASE NO.: **10-30413**
NP FILE: **705001/001025**

**124 Mason LLC**
2099 Market St.
San Francisco, CA 94114

**AICCO**
45 East River Park Place West, Ste. 308
Fresno, CA 93720

**AT&T**
Payment Center
Sacramento, CA 95887-0001

**Adam Messner**
128 Stadium Ave.
Mill Valley, CA 94941

**Ali Ibrahim Dib**
1592 Union St #410
San Francisco, CA 94123

**Ana Belen Castillo**
1370 Mission Street
San Francisco, CA 94103

**Bank of America NA**
c/o Nixon Peabody LLP
Attn: John R. Garibaldi and Todd Toral
One Embarcadero Center, Suite 1800
San Francisco, CA 94111

**Barbara Troast**
2656 Van Ness Ave #02
San Francisco, CA 94109

**Bleyle Elevator, Inc.**
P.O. Box 968
Pacifica, CA 94044

**Buchalter Nemer**
Attn: Shawn M. Christianson
333 Market Street, 25th Floor
San Francisco, CA 94105

**BullsEye Telecom**
PO Box 33025
Detroit, MI 48232-5025
C R Reichel Engineering Co Inc.
718 Natoma Street
San Francisco, CA 94103

**CW Capital Asset Management LLC**
c/o Nixon Peabody LLP
Attn: John R. Garibaldi and Todd Toral
One Embarcadero Center, Suite 1800
San Francisco, CA 94111

**CW Capital/BofA**
701 13th Street NW, Suite 1000
Washington, DC 20005

**Centerline/Nomura**
522 N. O'Connor Blvd, Suite 600
Irving, TX 75039

**Citi Funding Group, Inc**
2099 Market Street
San Francisco, CA 94114

**Citi Properties LLC**
2099 Market Street
San Francisco, CA 94114

12890696.1

**CitiApartments, Inc**.
2099 Market Street
San Francisco, CA 94114

**Cosco Fire Protection Inc.**
240 S. Vasco Road
Livermore, CA 94551

**Dept of Housing & Urban Development**
**Regional Counsel**
450 Golden Gate Avenue
P.O. Box 36003
San Francisco, CA 94102

**Dewey Pest Control**
6300 3rd Street
San Francisco, CA 94124

**Discount Builders Supply**
1695 mission Street
San Francisco, CA 94103

**Econoquality Janitorial Service**
300 Buchanan Street #609
San Francisco, CA 94102

**Employment Development Department**
State of California
Bankruptcy Unit - MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

**Ericksen, Arbuthnot, et al**
Attn: Clinton S. Hein
100 Bush Street, Suite 900
San Francisco, CA 94104

**Eva Arce**
725 Ellis St#204
San Francisco, CA 94109

**FBE Mabuhay Builde**rs
676 Geary Street, Suite C
San Francisco, CA 94102

**Factual Data**
PO Box 1153
Loveland, CA 90539

**Franchise Tax Board**
Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

**Frank Lembi**
2099 Market Street
san Francisco, CA 94114

**Gabriel Gucho**
3288 21st Street
San Francisco, CA 94110

**Internal Revenue Service Special**
Procedures Section
1301 Clay Street, Stop 1400S
Oakland, CA 94612-5210

**Jonald Brosas**
11231 Snowbell Place
Fontana, CA 92337

**Kate Watkins**
626 Steiner St.
San Francisco, CA 94117

**Kelsey Saunders**
750 Gonzales Drive E8H
San Francisco, CA 94132

**Lem-Sal Properties**
2099 Market St.
San Francisco, CA 94114

**Lemray Properties**
2099 Market St.
San Francisco, CA 94114

**Lewis Maldonado**
US EPA Region 9
Bankruptcy Contact Office of Regional
Counsel, ORC-3
75 Hawthorne Street
San Francisco, CA 94105

**Marconi Hernandez**
1289 Knowles Ave
Carlsbad, CA 92008

**Mark Wallace**
4134 Walnut Drive
Pleasanton, CA 94566

**Martin Zaragoza**
950 Franklin St.
San Francisco, CA 94109

**Mathew Polin**
100 McAllister Street #1013
San Francisco, CA 94102

**Mehal Patel**
1160 Mission St #2101
San Francisco, CA 94103

**Milan Evje**
PO Box 14393
Santa Rosa, CA 95402

**One Source Plumbing**
PO Box 3211
San Rafael, CA 94912-3211

**PG&E**
PO Box 997300
Sacramento, CA 95899

**Patrick Bower**
940 Hayes St#26
San Francisco, CA 94109

**RL&F Service**
One Rodney Square
PO Box 551
Wilmington, DE 19899

**Rancho Grande Appliances**
2890 Bryant Street
San Francisco, CA 94110

**S.F. Tax Collector**
Business Tax Division
P.O. Box 7425
San Francisco, CA 94120-7425

**S.F. Tax Collector**
Property Taxes
P.O. Box 7426
San Francisco, CA 94120-7426

**S.F. Water Department**
PO Box 7369
San Francisco, CA 94120

**San Francisco City Attorney's Office**
Attn: Yvonne Mere, Deputy City Attorney
1390 Market St., 6th Floor
San Francisco, CA 94102

**Secretary of State**
State of California
1500 - 11th Street
Sacramento, CA 95814

**Seeger Salvas LLP**
Attn: Kenneth M. Seeger
455 Market Street, Suite 1530
San Francisco, CA  94105

**Special Delivery**
PO Box 422127
San Francisco, CA  94142

**State Board of Equalization**
State of California
Acct Analysis & Control Section, MIC:29
P.O. Box 942879
Sacramento, CA  94279-0029

**Sunset Scavenger**
PO Box 7360
San Francisco, CA  94120

**Superior Plumbing**
22 Guerrero St.
San Francisco, CA  94114

**Susan L. Uecker**
Uecker & Associates, Inc.
100 Pine Street, Suite 475
San Francisco, CA  94111

**Task Company**
224 Persia St.
San Francisco, CA  94112

**The Recorder**
10 united Nations Plaza
3rd Floor San Francisco, CA  94102

**Tracy Fallon**
2 Guerrero St.
San Francisco, CA  94103

**Trophy Properties One**
2099 Market St.
San Francisco, CA  94114

**Tung Huan Yu**
15929 82nd Ave
Surrey BC
Canada V4N OR2

**United States Attorney**
Civil Division
450 Golden Gate Avenue
San Francisco, CA  94102-3400

**Verizon wireless**
PO Box 9622
Mission Hills, CA  91346-9622

**Wachovia/Nomura**
MAC D1100-090
201 S College Street, 9th Floor
Charlotte, NC  28244-0002

**Wartelle, Weaver & Schreiber**
West Bay Law
Attn: Paul F. Wartelle
369 Pine Street, Ste. 506
San Francisco, CA  94104

**Xiao Yu Hu**
1045 Mission St #3262
San Francisco, CA  94103

**Yaojin Wong**
675 O'Farrell St #10
San Francisco, CA  94109

**Zaldy Tamayo**
38 Oaklawn St #1
Daly City, CA  94015